# CLERK'S COURTROOM MINUTE SHEET – CRIMINAL

### SENTENCING

**UNITED STATES OF AMERICA,**

      Plaintiff,

v.                              Case No:   17-40079-01-DDC

**BRANDON VALERIUS (01),**

      Defendant.

**Atty for Govt: Skipper S. Jacobs**
**Atty for Deft: Melody J. Brannon**

| JUDGE: | Daniel D. Crabtree | DATE: | 6/11/2018 |
|---|---|---|---|
| CLERK: | Megan Garrett | TAPE/REPORTER: | Sherry Harris |
| INTERPRETER: | | PRETRIAL/PROBATION: | Corey Kirk |

☒ For Details of Sentence See Judgment and Commitment Order

☐ Restitution Ordered under 18:3663    $ _____ on count(s)
                                                                                   $ _____ on count(s)

☐ **Total Restitution:**                   $ _____

☐ Defendant Fined                          $ _____ on count(s)
                                                                               $ _____ on count(s)

☐ **Total Fine:**                             $ _____

☒ Defendant Assessed under 18:3013    $   100.00    on count 1 of Indictment
                                                                                   $ _____ on count(s)
                                                                                   $ _____ on count(s)

☒ **Total Assessment:**              $   100.00

☒ Count 2 of Indictment dismissed by the Court on the motion of the United States.
☒ Government  ☒ Defendant    - Advised of right to appeal
☐ Defendant to voluntarily surrender
☒ Defendant remanded to custody.
☐ Stay of Execution    ☐ Granted    ☐ Denied
☒ Notes: Defendant's Objection No. 1 to the Presentence Investigation Report – WITHDRAWN as set forth in full on the record. The court accepts and approves the parties' plea agreement. The defendant is sentenced to the custody of the Bureau of Prisons for a term of 168 months to run consecutive to any sentenced imposed in case no. 11-40056-01-DDC to be followed by 5 years of supervised release. The court recommends the defendant be designated to the facility at Springfield, Missouri or, alternatively, Englewood, Colorado on the defendant's request.